UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PATTY SISTRUNK

VERSUS

SHAYNE BUSH, PHILLIP O'BOYLE,
JAMES MCKEITHEN AND
CABELA'S RETAIL LA, L.L.C.

CIVIL ACTION

NUMBER 08-844-FJP-CN

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the Notice and Motion to Remand filed by plaintiff, Patty Sistrunk, shall be GRANTED IN PART, in that this matter shall be remanded to the Twenty-Third Judicial District Court, Parish of Ascension, for further proceedings, and DENIED IN PART, in that plaintiff shall not receive an award of the reasonable costs and expenses that she incurred in opposing defendant's removal.[1]

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, April __23__, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 4.

Doc#45959