UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PATTY SISTRUNK

VERSUS

SHAYNE BUSH, PHILLIP O'BOYLE,
JAMES MCKEITHEN AND
CABELA'S RETAIL LA, L.L.C.

CIVIL ACTION

NUMBER 08-844-FJP-CN

J U D G M E N T

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that judgment shall be entered, granting the Notice and Motion to Remand filed by plaintiff, Patty Sistrunk, in that this matter should be remanded to the Twenty-Third Judicial District Court, Parish of Ascension, for further proceedings and DENYING IN PART the Notice and Motion to Remand in that the plaintiff shall not receive an award of the reasonable costs and expenses that she incurred in opposing defendant's removal.

Baton Rouge, Louisiana, April 23, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

23rd JDC-cert.copy

Doc#45959